```
        UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**JOHN ROBERT DEMOS,**

      **Plaintiff,**

**v.**                                   Civil Action No. 2:24-cv-00027

**DONALD JOHN TRUMP,**
**Former U.S. President,**

      **Defendant.**


## MEMORANDUM OPINION AND ORDER

The court received the Proposed Findings and Recommendation ("PF&R") of the magistrate judge in this case on November 1, 2024, and no objections were received from any party as of the last due date of November 18, 2024, whereupon the court entered its order adopting the PF&R and entered its judgment order on November 25, 2024, dismissing the case without prejudice.

Thereafter, on December 2, 2024, plaintiff's objection was received and docketed by the Clerk of Court. ECF 8. The objection is dated November 20, 2024, and the envelope is postmarked November 21, 2024, indicating the objection's untimeliness. Id.

Even if the objection were not treated as untimely, the objection is frivolous and fails to address the merits of any aspect of the PF&R.  Accordingly, plaintiff's objection is hereby ORDERED denied on the grounds adopted in the court's order of November 25, 2024, and the court's judgment dismissing the claim is deemed unaffected.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: December 5, 2024

John T. Copenhaver, Jr.
Senior United States District Judge